UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00159-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROBERT DALE ELLIS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Appeal of the Order denying his Motion for Discovery. After reviewing the Notice of Appeal, (Doc. No. 32), and the arguments therein, the Court finds that a response from the Government would aid the Court is resolving the issue raised by the appeal.

IT IS THEREFORE ORDERED that the Government shall file a response to Defendant's Notice of Appeal, (Doc. No. 32), no later than November 8, 2022.

IT IS SO ORDERED.

Signed: October 25, 2022

Frank D. Whitney
United States District Judge

1