# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:21cr159**

V.

**ORDER**

**ROBERT DALE ELLIS**

---

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion to Dismiss Indictment (Doc#56).Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court will grant the Motion for Dismissal of the Bill of Indictment in the above captioned case, as to defendant Robert Dale Ellis.

**IT IS ORDERED**, that the United States Atttorney's Motion (Doc. No. 56) is **GRANTED.**

Signed: August 24, 2023

_____
Frank D. Whitney
United States District Judge